People v Bredy B. (2025 NY Slip Op 06789)

People v Bredy B.

2025 NY Slip Op 06789

Decided on December 04, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 04, 2025

Before: Kern, J.P., Friedman, Gesmer, Pitt-Burke, O'Neill Levy, JJ. 

Ind No. 1054/16|Appeal No. 5285|Case No. 2019-05337|

[*1]The People of the State of New York, Respondent,
v
Bredy B., Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Steven Berko of counsel), for appellant.

Kern, J.P., Friedman, Gesmer, Pitt-Burke, O'Neill Levy, JJ.

5285
The People of the State of New York,
Respondent,
-against-
Bredy B.,
Defendant-Appellant.
Ind. No. 1054/16

Case No. 2019-05337

Twyla Carter, The Legal Aid Society, New York (Steven Berko of counsel), for appellant.
Judgment, Supreme Court, Bronx County (Shari Michels, J., at plea; Marsha Michael, J., at sentencing), rendered July 11, 2019, convicting defendant of attempted robbery in the second degree, adjudicating him a youthful offender, and sentencing him to a conditional discharge, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Abreu, 211 AD3d 410, 411 [1st Dept
2022]; People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 4, 2025